United States District Court
Southern District of Texas
**ENTERED**
November 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEACO GLOBAL LIMITED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-16-02721 |
| | § | |
| WELLSITE DELIVERY SERVICES, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL DEFAULT JUDGMENT

The clerk entered default final judgment in this matter in favor of the plaintiff, Seaco Global Limited, because Wellsite Delivery Services, Inc. was served with process but failed to appear. Seaco Global Limited has submitted evidence of its lease contracts with Wellsite Delivery Services, Inc., and of the failure to pay the amounts due and owing under those contracts. No further hearing is required.

The court enters the following default final judgment against Wellsite Delivery Services, Inc.:

1.  Seaco Global Limited recovers from Wellsite Delivery Services, Inc. the amount of $225,935.31 (Two Hundred Twenty-Five Thousand, Nine Hundred Thirty-Five Dollars and Thirty-One Cents), which includes contractual prejudgment interest.

2.  Seaco Global Limited recovers from Wellsite Delivery Services, Inc. the "Unpaid Base Rent," in the amount of $54.75 (Fifty-Four Dollars and Seventy-Five Cents) per day from October 27, 2016 until the date this judgment is satisfied.

3. Seaco Global Limited recovers from Wellsite Delivery Services, Inc. contractual interest in the amount of $3.71 (Three Dollars and Seventy-One Cents) per day from October 27, 2016 until the date this judgment is satisfied.

4. Seaco Global Limited may file its application for attorney's fees within the time provided by the Federal Rules of Civil Procedure.

This is a final judgment.

SIGNED on November 14, 2016, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge